United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number (if known) 24- 41172    Chapter 7

☐ Check if this is an amended filing



## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | BT Property Investments LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-1246170 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4103 Bridgeport Way W Ste D**<br>**Tacoma, WA 98466**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Pierce**<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **BT Property Investments LLC**_____ Case number (*if known*)_____
       Name

7. **Describe debtor's business**  A. *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   
   ■ None of the above
   
   B. *Check all that apply*
   
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))
   
   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
   
   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.
   
   *Check one:*
   
   ■ Chapter 7
   
   ☐ Chapter 9
   
   ☐ Chapter 11. Check **all** that apply:
   
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
       ☐ A plan is being filed with this petition.
   
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   
   ■ No.
   
   ☐ Yes.
   
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

| Debtor | BT Property Investments LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million ☐
☐ $10,000,001 - $50 million ☐
☐ $50,000,001 - $100 million ☐
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **BT Property Investments LLC**                                   Case number (*if known*)
        Name

|   |   |   |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | BT Property Investments LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 23, 2024**
MM / DD / YYYY

X /s/ Binh Tran                                      Binh Tran
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

Signature of attorney for debtor

Date
MM / DD / YYYY

Printed name

Firm name

Number, Street, City, State & ZIP Code

Contact phone                    Email address

Bar number and State

1ST AVE KITCHEN & BATH, INC
2921 1ST AVE S
SEATTLE, WA 98134


AMANDA BOGER AND CHARLES DANNA
CO/BERESFORD BOOTH
145 THIRD AVE S
EDMONDS, WA 98020


BUCKLEY'S HAULING
1771 NW 56TH STREET
SEATTLE, WA 98107


CALCAP LENDING LLC
65 N CATALINA AVE
PASADENA, CA 91106


DEPARTMENT OF LABOR & INDUSTRI
COLLECTIONS
P.O. BOX 44171
OLYMPIA, WA 98504


DEPARTMENT OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


FCI LENDER SERVICES INC
PO BOX 27370
ANAHEIM, CA 92809


JOHN DEERE FINANCIAL
PO BOX 5328
MADISON, WI 53705


LEVEL CAPITAL
11250 KIRKLAND WAY
KIRKLAND, WA 98033


LUNA HOMES NW
31108 S PL SW
FEDERAL WAY, WA 98023


MATTHEW LAM AND BINH TRAN

PIERCE COUNTY SEWER
PO BOX 11620
TACOMA, WA 98411


TRINITY UNIVERAL INSURANCE COM
1345 SIXTH AVENUE, 21ST FLOOR
NEW YORK, NY 10105


TRUONG LE

United States Bankruptcy Court
Western District of Washington

In re   BT Property Investments LLC
                                            Debtor(s)

Case No.
Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   BT Property Investments LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 23, 2024
Date

*Binh Tran*
Signature of Attorney or Litigant
Counsel for